MARTÍNEZ *v*. VÁZQUEZ, ASSIGNEE OF MORENO.

APPEAL from the District Court of Aguadilla.

No. 332.—Decided February 10, 1909.

APPEAL—ERRORS IN THE PREPARATION OF THE TRANSCRIPT—DOCUMENTS NOT MATERIAL TO THE APPEAL.—The Supreme Court cannot correct the errors committed by the parties in the preparation of the transcript of the record, and must confine itself to a consideration of the documents relevant to the case, absolutely disregarding all documents foreign thereto.

ID.—DOCUMENTS CONSIDERED BY THE JUDGE BELOW—DISMISSAL OF APPEAL.—
The parties must present to the Supreme Court for the decision of an appeal
all of the documents which were considered by the judge below in rendering
the judgment appealed from; without this requisite the appeal must be dis-
missed.

The facts are stated in the opinion.

*Mr. Fernando Vázquez* for appellant.

The respondent did not appear.

MR. JUSTICE HERNÁNDEZ delivered the opinion of the court.

This is an appeal taken by Attorney Fernándo Vázquez, as
the assignee of María Moreno, from a decision of the District
Court of Aguadilla, rendered on August 27, in proceedings
prosecuted by Victor Martínez against said Moreno for the
cancellation of an attachment, which decision dismisses a mo-
tion made by Vázquez, the said court holding that the assign-
ment of a credit made for a valuable consideration being in-
volved, the proper legal remedy for asserting the right which
the petitioner may claim to have, can only be exercised in pro-
ceedings separate and distinct from those in which the credit
transferred had its origin resorting for the purpose to the
proper personal action.

The record contains copies of the following documents:

1. Judgment rendered by the District Court of Mayagüez
on October 2, 1902, in a civil action brought by Victor Martínez
against María and Joaquín Moreno, to have a deed and records
set aside.

2. The taxation of costs in proceedings which are not desig-
nated, amounting to $386.80, which taxation was made on April
12, 1908;

3. A judicial order of May 16, 1904,, directing the collection
of such costs by compulsory process, attaching for this pur-
pose sufficient property belonging to the debtor to cover the
said sum of $386.80 and $300 more for the costs which might
be incurred in the compulsory proceedings;

4. The return of the levy of attachment on a rural estate
having an area of 22.67 *cuerdas* belonging to Victor Martínez,
to answer for the aforesaid sums;

5. A public deed executed on May 1, 1908, in this city of San Juan, before Notary José G. Torres, in which María Moreno, accompanied by her husband, Sergio Ramírez, assigned and conveyed to Attorney Fernando Vázquez, a number of credits, including one against Victor Martínez for costs in the proceedings which the latter prosecuted against Mrs. Moreno for the dissolution of an attachment, amounting to $643.50, and another for $386.60, for costs taxed against Martínez in proceedings which he prosecuted against María and Joaquín Moreno;

6. The motion filed by Attorney Vázquez in the District Court of Aguadilla, in the proceedings prosecuted by Victor Martínez against María and Joaquín Moreno to set aside a deed in which motion he prays that the attachment levied on the estate of 22.67 *cuerdas* described in the affidavit attached be dissolved, and that a writ of execution issue to the marshal of the said court and to the marshal of the District Court of Mayagüez, directing the attachment of property belonging to Victor Martínez, in an amount sufficient to cover the sum of $386.80, and the costs incurred in the compulsory proceedings;

7. The affidavit attached to said motion, concerning the proceedings prosecuted by Victor Martínez against María and Joaquín Moreno for the annulment of a deed, although the oath does not appear to be authorized by any official;

8. The decision rendered as hereinbefore stated, on the motion of Attorney Vázquez in the proceedings prosecuted by Victor Martínez against María Moreno for the dissolution of an attachment.

9. The writing of Attorney Vázquez in the same proceedings, appealing from the foregoing decision.

As will be observed from the statement we have made of the documents which compose the record, the last two only refer to the proceedings prosecuted by Martínez against María Moreno for the dissolution of the attachment; the fifth may re-

fer either to the action brought by Victor Martínez for the dissolution of an attachment, or to the other action prosecuted by Victor Martínez against Joaquín and María Moreno, to set aside a deed and records; and the other documents are foreign to the proceedings prosecuted by Victor Martínez against María Moreno for the dissolution of the attachment in which the decision appealed from was made.

We have under consideration another appeal taken by Attorney Vázquez from a decision rendered in like terms by the District Court of Aguadilla in an action brought by Victor Martínez to set aside a deed and certain records, and it appears to us that the attorney has confused said appeal with this one, bringing to this appeal documents pertaining to the former; but the Supreme Court cannot correct such an error and must confine itself to a consideration of the documents pertaining to the appeal, absolutely disregarding those which may be foreign thereto.

Under the circumstances, we cannot consider and decide this appeal on its merits, because the record does not contain the motion and the documents which were presented in support thereof in the lower court, section 300 of the Code o: Civil Procedure being thus violated, and in view of the absence of the motion and documents we are of the opinion that the appeal should be dismissed, in accordance with the provisions of section 303 of the said Code.

*Dismissed.*

Justices Figueras, MacLeary and Wolf concurred.

Mr. Chief Justice Quiñones did not take part in the decision of this case.